# Intended Notice Recipients – Method of Notice

District/Off: 0209–2  User: folwell  Date Created: 3/1/2007
Case: 2–06–21403–JCN  Form ID: ntcentry  Total: 10

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| tr | George M. Reiber | trustee13@roch13.com, greiber@roch13.com |
| aty | Gabriel J. Ferber | bkcy@nfdlaw.com |
| aty | John D. Wieser | jdwieseresq@aol.com |

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

db  Omayra Martinez  97 Bleacker Road  Rochester, NY 14609
    Kathleen D. Schmitt, Esq.  Office of the US Trustee  100 State Street, Room 609  Rochester, NY 14614
    Barkley Clark, Esq.  1201 Walnut Street, Suite 250  Kansas City, MO 64106
    David Rasmussen, Esq.  Lacy, Katzen, LLP  130 East Main Street, 2nd Floor  Rochester, NY 14604
    Bonnie Baker, Esq.  Deily, Mooney &Glastetter, LLP  Thurlow Terrace  Albany, NY 12203
    Matthew J. McGowan, Esq.  Salter, McGowan, Sylvia &Leonard, Inc.  321 South Main Street  Providence, RI 02903
    Deborah Schaal, Esq.  Gordon &Schaal  1039 Monroe Avenue  Rochester, NY 14620

TOTAL: 7